SEYFARTH SHAW LLP
JENNIFER L. SHODA (SBN 194469)
Email:  jshoda@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

SEYFARTH SHAW LLP
KAREN BITAR (*pro hac vice* application forthcoming)
Email:  kbitar@seyfarth.com
GERSHON AKERMAN (*pro hac vice* application
forthcoming)
Email:  gakerman@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526

*Attorneys for Plaintiffs*
*Penrose Hill, Limited and Philip James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENROSE HILL, LIMITED; PHILIP JAMES, | Case No. |
| Plaintiffs, | **COMPLAINT** |
| v. | **DEMAND FOR JURY TRIAL** |
| PAUL MABRAY, an individual; DOES 1 through 25, inclusive, | |
| Defendants. | |

Plaintiffs, Penrose Hill, Limited ("Penrose Hill") and Philip James (collectively with Penrose Hill, "Plaintiffs"), by and through their attorneys, Seyfarth Shaw LLP, as and for their Complaint against Defendant Paul Mabray ("Mabray" or "Defendant"), hereby allege, on information and belief, except for those allegations pertaining to their own actions which are based on personal knowledge, as follows:

**INTRODUCTION**

1.    Plaintiffs seek damages and injunctive relief against Defendant arising from a defamatory and libelous blog post published and republished by Defendant on the Internet concerning Plaintiffs and

Plaintiffs' business operations. The blog post, entitled "Fakers Not Makers and The Return of Philip James," falsely imputes fraud and dishonesty to Plaintiffs and falsely imputes upon Plaintiffs a lack of fitness and lack of competence in the wine industry. The blog post and defamatory statements contained therein have substantially damaged and continue to damage and disparage Plaintiffs' business reputation.

2.      Penrose Hill is a federally licensed and bonded winery business. Since it was founded in 2015, Penrose Hill's wines have won over 1,000 wine awards, and it has produced scores of 90+ point wines (a 90 point or higher rating for a wine is often described as "outstanding.").[1] In November of 2019 alone, seven of Penrose Hill's wines were awarded over 90 points, and three of those received "Best in Class" awards. Another example, is a wine made by Penrose Hill under their Isolde's Rapture brand name, was made by a Master of Wine (MW) winemaker and was awarded the "Best of Show – Red" at the Denver International Wine Competition in 2018. The *Master of Wine* process takes a minimum of 3 years to complete and has been described in *Food and Wine* magazine as having "most difficult wine industry exams in the world".[2] In fact, as of today, there are only 389 *Masters of Wine* in the entire world, all of whom are driven by a sworn code of conduct to act with honesty and integrity in wine.

3.      Penrose Hill is one of the largest wineries in the United States, producing and selling millions of bottles of wine per year, and selling to customers across the country, as well as exporting internationally to several countries.

4.      Traditional wine industry players, including wine bloggers paid by traditional wine businesses, are regularly at odds with the disruptive nature of Penrose Hill's business and direct-to-consumer distribution model. They seek to maintain the status quo by attempting to keep companies such as Penrose Hill from being able to conduct its business.

## PARTIES

5.      Plaintiff Penrose Hill, Limited is a Delaware corporation with a principal place of business located at 712 5th Avenue, Floor 7, New York, New York 10019.

---

[1] https://en.wikipedia.org/wiki/Wine_rating.
[2] https://www.foodandwine.com/wine/how-master-wine-exam-test.

6.      Plaintiff Philip James is the Founder and Chief Executive Officer of Penrose Hill, with a business address located at 712 5th Avenue, Floor 7, New York, New York 10019.

7.      Upon information and belief, Defendant Paul Mabray is an individual who resides in Napa, California.

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332 (federal diversity jurisdiction) as there is complete diversity between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

9.      This Court has personal jurisdiction over Defendant because he is a citizen of the State of California, and a resident of Napa County, California.

10.      Venue is proper in this District, pursuant to 28 U.S.C. § 1391, because the Defendant is a resident of this District and because the acts giving rise to the claims herein occurred in this District.

## FACTUAL ALLEGATIONS

A.      **Penrose Hill's Revolutionary Wine Business**

11.      Penrose Hill is a winery, founded in 2015 by Philip James and Erik Steigler.

12.      Plaintiff Philip James, the Founder and Chief Executive Officer of Penrose Hill, is an entrepreneur who has spent his career working in the wine industry.  Since 2005, he has built several of the largest online wine businesses in the United States.  Mr. James has been named a Wine Influencer,[3] a Changemaker[4] and the inventor of Wine Tech.[5]  Mr. James is professionally qualified by the Society of Wine Educators as a Certified Specialist of Wine or "CSW." Mr. James, a British national, has lived in the United States since 2003, received Masters degrees from both Oxford University in the UK (Computational Chemistry) and Columbia University in New York (Masters in Business Administration) and was granted an O-1 or "Genius Visa" and Permanent Residency to work in the United States based on his contributions to the wine industry.

---

[3] See Wine Influencers of Tomorrow, Appellation America, July 2009.

[4] See Rock and Vine: Next Generation Changemakers in Americas Wine Country.

[5] See This Week in the NYC Innovation Community, November 2015.

13.     Since Mr. James founded Penrose Hill in 2015, it has grown into a successful winery, with a portfolio of over seventy-five wine brands with 1,000+ awards and over 250,000 customers.

14.     Penrose Hill currently employs a specialized team of over fifty individuals, ranging from world-class winemakers to designers and data scientists.  This specialized team has enabled Penrose Hill to create its own unique portfolio of wines.  Those wines are sold throughout the United States, as well as in Europe and Asia.

15.     Among the professionals on Penrose Hill's team, are three full-time, prominent winemakers who have spent many years in the industry working at some of the most respected wineries around the world:

  a.  The Chief Operating Officer of Winemaking and Operations at Penrose Hill was Vice President of Operations at the renowned Wagner Family of Wine,[6] and prior to that, was the Senior Vice President of Regional Supply (Americas) at Treasury Wine Estates[7] directing all facets of wine production from grape to distribution.

  b.  The Head Winemaker at Penrose Hill previously worked at Pahlmyer, an iconic Napa wine producer, at Chateau Angelus, in the iconic region of Bordeaux, France, and at Stella Bella Wines in the Margaret River region of Western Australia.[8]

  c.  The Assistant Winemaker and Enologist at Penrose Hill was previously a winemaker at Bryant Family Vineyards.  He also worked at Domaine Chandon, Bello Family Vineyards and Grgich Hills Estate.[9]

---

[6] The Wagner Family of Wine produce Caymus.  Caymus is the only wine in the world to have won Wine Spectators Wine of the Year Award twice.  *See* https://www.wagnerfamilyofwine.com/page?pageid=0A63E1B2-30CB-410B-BB70-9CD0AC3215C6.

[7] Treasury Wine Estates is the world's largest pure wine focused public company.  While there he oversaw winemaking at all of Treasury's United States operations, including venerable estates such as Beringer, Stags Leap, Asti, St Clement, Etude, Meridian, and Chateau St Jean.

[8] A bottle of Pahlmayer wine costs approximately $200 per bottle.  Chateau Angelus is ranked as a Premier Grand Cru Classé winery of Bordeaux (the top qualification), and its wines cost approximately $400 per bottle.  Chateau Angelus listed as a "Top 100 Luxury Wine" in the Luxury Wine Marketing book written by Liz Thach, Master of Wine (MW).

[9] The wines of Bryant Family Vineyards cost hundreds of dollars per bottle, and it is named as an Emerging Luxury Wine in the Luxury Wine Marketing book written by Liz Thach, Master of Wine (MW). Domain Chandon is a sparkling wine producer that makes wines in the traditional Methode Champenoise

4

1    16.    Philip James, along with his specialized team of top industry professionals, brought his

2    reputation, industry knowledge and experience, and unique business methodologies to Penrose Hill.

3    17.    Since it was founded in 2015, Penrose Hills' wines have won over 1,000 prestigious wine

4    awards.  Those awards include a 96-point score and California Red Blend of the Year for its Devil's

5    Advocate brand and multiple "best of" awards for other wines in its portfolio, including Best of Show

6    (Red), Best Red, Best of Chile, and Best of Australia.

7    18.    Penrose Hill owns and operates the website Firstleaf.com, and the Firstleaf Wine Club

8    ("Firstleaf").

9    19.    Firstleaf is a revolutionary wine club that puts the customer first and tailors award-

10    winning wine selections to each customer's individual taste, schedule, and budget. The large media

11    publication, Business Insider, wrote that "Using Firstleaf isn't only about convenience, education, or

12    personalization, though these are all strong reasons why you should try it. With each bottle coming out

13    to about $13, it's also simply a much more affordable way to enjoy quality wines from top vineyards".[10]

14    Fortune magazine described the club as "groundbreaking",[11] and USA Today included Firstleaf in their

15    list of 10 Best wine clubs.[12]

16    20.    Penrose Hill's Data Science team is led by a Doctor of Biochemistry, who has completed

17    courses in Artificial Intelligence at Stanford University, and has developed industry-leading, patent-

18    pending, technology that pairs customers with wines chosen to match each customer's unique palate and

19    preferences. The various systems were created using machine learning and artificial intelligence based

20    on the wine's taste, chemistry and customer input.[13] This technology is used both on Firstleaf.com, as

21    well as in retail stores in multiple states around the country.

22    21.    A first-class winemaking team at Firstleaf sources top quality wines from around the

23    world for its members and is responsible for creating scores of 90+ point wines.

24    ───────────────
    style and is owned by luxury brand LVMH. Bello Family Vineyards and Grgich Hills Estate are two

25    luxury Napa wine producers that make wines that sell for approximately $50-$100 per bottle.

26    [10] https://www.businessinsider.com/firstleaf-wine-club-review-2018-7.
    [11] https://fortune.com/2016/02/02/firstleaf-wine-club/.

27    [12] https://www.10best.com/awards/travel/best-wine-club/.

28    [13] *See* U.S. Patent Application Serial No. 62/726,686; U.S. Patent Application Serial No. 16/034,714;
    U.S. Patent Application Serial No. 62/680,229; and U.S. Patent Application Serial No. 16/431,346

COMPLAINT

22.     The winemaking team at Firstleaf collaborates with farmers and winemakers, selecting elegantly finished wines and works directly with host winemakers and growers to craft the wine in their winery and also finishes and bottles wines at its own wineries in California.  Less than two percent of the wines they taste make the cut.

**B.      Mabray, the Blog Post, and the Defamatory Statements**

23.     Traditional wine bloggers do not like the disruptive nature of Penrose Hill, particularly because they are frequently paid by traditional wine businesses that seek to maintain the status quo.

24.     Upon information and belief, Mabray is a well-known blogger in the wine industry.

25.     Upon information and belief, Mabray has lived in California's North Coast Wine Country and has been involved in the wine industry for over two decades.

26.     Upon information and belief, Mabray has a vested interest, including a financial interest, in the digital and e-commerce wine industries.

27.     Mabray was the founder of two Internet wine companies: WineDirect.com and VinTank.com.

28.     Mabray is also the Chief Executive Officer of Emetry, Inc., a wine industry data analytics company that, according to its website, focuses on "data aggregation, analytics and reporting for the wine industry."

29.     On or about December 11, 2017, Mabray authored and published a blog post on medium.com ("Medium"), an online publishing platform, entitled "Fakers Not Makers and The Return of Philip James" (the "Blog Post").  A true and correct copy of the Blog Post is annexed hereto as **Exhibit A** and incorporated herein by reference.[14]

30.     The Blog Post directly and falsely attacks the honesty, integrity and character of Plaintiffs by expressly imputing to them dishonesty and defect of moral character and integrity, which cause and have caused to bring them into disrepute.

31.     The Blog Post includes numerous specific defamatory statements concerning Philip James, Penrose Hill, and Penrose Hill's brands, including Firstleaf.

---

[14] https://medium.com/@pmabray/fakers-not-makers-and-the-return-of-philip-james-2f7f0985a085.

32.    The specific defamatory and false statements made on the Blog Post include, but are not limited to, the following statements:

    a.    <u>Statements concerning Philip James:</u>

- The title: *"Fakers Not Makers and The Return of Philip James"*

    -- The title, and Blog Post in its totality falsely imputes dishonestly to Philip James as well as to Penrose Hill.

- *"Let's not forget [Philip James'] egregious act of scraping Eric LeVine's data from Cellartracker.com"*

    -- This statement is false as Philip James did not do this. A company that Philip James was CEO of, worked with Cellartracker and had written permission from the owner to display the content.

- *"many of us inside the wine industry were not surprised that it was yet another hoax from Philip James. Fool me once, shame on you. Fool me twice, shame on me."*

    -- This statement implies that Mr. James had previously perpetrated a hoax, which is demonstrably false. This, incorrectly labeled, "second hoax" was in fact a campaign for the clean water charity, Wine to Water, a registered non-profit, who's founder was named a CNN Hero in 2013.[15] The campaign was the co-winner for the Community Relations category of the 2014 Platinum PR Awards.[16] It was also named as one of the "10 Best Cause Marketing Campaigns"[17] of the year. Mr. James and Penrose Hill have continued to support Wine to Water, having donated a total of over $50,000 in support of projects around the world, including recently, the Bahamas.

- *"That he is a good actor returning to wine after two failed attempts to help the industry become better? A maker of companies to help the consumer? Or a faker, returning again to prey on the market conditions and ignorance of the consumer?"*

    -- This statement expressly and falsely imputes to Philip James dishonesty and lack of fitness and lack of competence in the wine industry. Mr. James has had no "failed attempts" in the industry. One of the companies he founded was acquired, another is still active and has had aggregate sales of over $100 million, and a third is still active and has over 1 million registered users.

    <u>Statements concerning Penrose Hill and its brands:</u>

- *"just shells on top of the one theme — taking plonk and repacking it"*

    -- This statement is demonstrably false and imputes fraud to Penrose Hill. "Plonk is a non-specific and derogatory term for cheap, low-quality

---

[15] https://www.cnn.com/2013/12/06/world/cnnheroes-hendley-wine-to-water/index.html.
[16] https://www.prnewsonline.com/platinum-winners-2014/.
[17] https://www.selfishgiving.com/blog/10-best-cause-marketing-promotions-of-2014.

COMPLAINT

wine."[18] This statement implies that Penrose Hill is taking bad wine and repackaging it. The quality of the product can be evinced by studying the 1,000+ awards that have come from globally recognized, third party wine competitions. Penrose Hill wines have been awarded top marks across categories and competed against some of the biggest wineries on earth. To say that the wine is fraudulent, or even of sub-par quality is roundly refuted by these award bodies. The winemaking staff at Penrose Hill understands what "quality" means and craft wines in their winemaking laboratory for diverse palates, not just for industry gatekeepers serving traditional wine business interests.

- *"[Penrose Hill, and its custom wine label brand are] like the pioneer of custom wine labels, Windsor Vineyards (but without the quality vineyards, contracts and production facility)"*

  -- This statement is patently false, as Penrose Hill sources wine from "quality vineyards", has "contracts" for the grapes and wine it sources and has a "production facility", as well as operates its own wine laboratory, stores excess wine in its own tanks at the winery, and employees a team of veteran winemakers.

b.  <u>Additional defamatory statements that further impute dishonesty to Philip James and Penrose Hill:</u>

- *"just shells on top of the one theme — taking plonk and repacking it"*

- *"creating false brands to fool unsophisticated consumers"*

- *"it is the illusion that they have access to unique pricing and juice that equals the great and family owned brands at huge savings. It is their attempts to misrepresent authenticity. It is their endless generation of wine labels that have no meaning except to obfuscate where the wine really is made from the consumer."*

- *"substituting plonk in the place of artisanal wine."*

(all of the foregoing statements are collectively referred to hereinafter as the "Defamatory Statements").

33.     The Defamatory Statements are demonstrably false and impute dishonesty and fraud to Penrose Hill and Philip James.

34.     Further, when read within the context of the full Blog Post, the Defamatory Statements, and indeed the entire Blog Post, clearly falsely imputes fraud and dishonesty to Plaintiffs and falsely imputes upon Plaintiffs a lack of fitness and lack of competence in the wine industry.

---

[18] https://en.wikipedia.org/wiki/Plonk_(wine).

COMPLAINT

35.    Penrose Hill, founded and run by Philip James, is a winery licensed by both federally and by the State of California, creates real wine brands, and does not misrepresent or obfuscate the nature, quality, or source of its wines.

36.    Upon information and belief, the Defamatory Statements in the Blog Post were intentionally and knowingly false.

37.    Upon information and belief, Mabray's Blog Post was and is read by individuals involved at all levels in the wine industry, including investors, wine producers, wine distributors, wine retailers, and wine consumers.

38.    Upon information and belief, Mabray's Defamatory Statements in the Blog Post were made to influence and prevent investors, wine producers, wine distributors, wine retailers, wine consumers and other industry players, from trusting and conducting business with Philip James and Penrose Hill.

39.    The Defamatory Statements made in the Blog Post hindered Penrose Hill's ability to conduct business and interfered with its business relationships.

40.    As a direct result of the Defamatory Statements made in the Blog Post, Philip James and Penrose Hill have lost actual business opportunities.

**B.    Mabray's Republication of the Blog Post on Twitter**

41.    On or about July 26, 2019, Mabray republished the defamatory Blog Post on Twitter.

42.    Mabray's republication of the Blog Post was made by tweeting a link to the original blog post, along with including in the tweet the full defamatory title of the Bog Post and a color photograph of Plaintiff Philip James.   A complete and accurate copy of the tweet is annexed hereto as **Exhibit B** and incorporated herein by reference.[19]

43.    Mabray's republication of the Blog Post on Twitter was designed to cause the Defamatory Statements to reach a new and wider audience.

44.    Upon information and belief, Mabray knew, or should have known, that the republication of the Blog Post on Twitter, along with the accompanying defamatory title and photograph of Philip James, would allow the Blog Post to reach a new and wider audience.

---

[19] The Tweet is available at https://twitter.com/pmabray/status/1154763419859509248?s=21.

COMPLAINT

45.     Upon information and belief, individual Twitter users who follow Mabray on Twitter read the tweet and followed the link to the original Blog Post.

### FIRST CAUSE OF ACTION
### DEFAMATION *PER SE*
### *(California Civil Code § 44 et seq.)*
(on behalf of Plaintiffs)

46.     Plaintiffs re-allege and incorporate by reference Paragraphs 1 through 45 above as if fully set forth herein.

47.     The Defamatory Statements were made and published by Defendant on the Blog Post.

48.     The Defamatory Statements regard and concern Plaintiffs.

49.     The Defamatory Statements refer to Plaintiffs by name, and anyone reading the Defamatory Statements would reasonably understand that they refer to Plaintiffs.

50.     The Defamatory Statements are defamatory *per se* because they falsely impute fraud and dishonesty to Plaintiffs, falsely impute upon Plaintiffs a lack of fitness and lack of competence in the wine industry, damage and disparage Plaintiffs' business reputation, and tend to injure Plaintiffs' trade, occupation, and/or business.

51.     The Defamatory Statements were published on Medium and republished on Twitter, which statements were viewable by anyone throughout the world on the World Wide Web and particularly to anyone that viewed Medium and Twitter.

52.     The Defamatory Statements are substantially false.

53.     When Defendant published the Defamatory Statements, he knew that the Defamatory Statements were false and/or acted in reckless disregard of the truth or falsity of the Defamatory Statements.

54.     The Defamatory Statements were and are wanton in nature and were made with specific intent to damage and injure Plaintiffs' business reputations and good will.

55.     The Defamatory Statements caused Plaintiffs to suffer injury and damages, including injury to Plaintiffs' business reputations and standing in the community and wine industry.

56.     By reason of the forgoing, Plaintiffs have been defamed *per se* and are entitled to a declaratory judgment that the Defendant has committed libel *per se*.

57.    Additionally, Plaintiffs are entitled to general damages and punitive damages in amounts to be determined at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for judgment as follows:

1.    For a permanent injunction, against Defendant, permanently enjoining Defendant from continuing to publish and communicate the Defamatory Statements, directing Defendant to take all necessary steps and measures to remove the Blog Post containing the Defamatory Statements from Medium, Twitter, and the World Wide Web, and directing Defendant to issue a public apology on Medium and Twitter recanting the Defamatory Statements;

2.    Awarding Plaintiffs general, compensatory, and presumed damages for defamation *per se* in an amount to be determined at trial but believed to exceed one million dollars ($1,000,000.00);

3.    Awarding Plaintiffs punitive damages;

4.    Awarding Plaintiffs their fees, including reasonable attorney's fees, costs, and disbursements in connection with this action; and

5.    Awarding Plaintiffs such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all claims.

DATED: February 14, 2020                    SEYFARTH SHAW LLP


                                            By:    /s/ Jennifer L. Shoda
                                                Jennifer L. Shoda
                                                Karen Bitar
                                                Gershon Akerman

                                                Attorneys for Plaintiffs
                                                PENROSE HILL, LIMITED AND PHILIP
                                                JAMES

COMPLAINT